IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 7 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RIO FRESH INC. | § |
| | § |
| VS. | § CIVIL ACTION NO. B-02-155 |
| | § |
| ZURICH AMERICAN INSURANCE CO. | § |

## CERTIFICATE OF INTERESTED PARTIES AND ATTORNEYS

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, Rio Fresh, Inc., Plaintiff in the above referenced matter and files this the following certificate of the interested parties, attorneys and any other person to the outcome of this lawsuit.

**DEFENDANT:**
Zurich American Insurance Co.
c/o Gary Sudol
12222 Merit Dr., Suite 700
Dallas, Texas 78504

**PLAINTIFF:**
Rio Fresh, Inc.
6400 FM 2557
San Juan, Texas 78746
Telephone:   956-787-0023

**ATTORNEYS FOR PLAINTIFF, RIO FRESH, INC.:**
Attorney in Charge:
J. Michael Moore
State Bar No. 14349550     S.D. Tex. Bar No. 16942
GUERRA & MOORE, LTD., L.L.P.
4201 North McColl Rd.
McAllen, Texas 78504
Telephone:   956-618-3000
Telecopier:   956-686-4200

Of Counsel:
David J. Lumber
State Bar No. 24002504    S.D. Tex. Bar No. 22085
GUERRA & MOORE, LTD., L.L.P.
4201 North McColl Rd.
McAllen, Texas 78504
Telephone:    956-618-3000
Telecopier:    956-686-4200

Respectfully Submitted,
GUERRA & MOORE, LTD., L.L.P.
4201 North McColl Rd.
McAllen, Texas 78504
Telephone:    956-618-3000
Telecopier:    956-686-4200

*Michael Moore w/permission*

Attorney in Charge:
J. Michael Moore
State Bar No. 14349550
S.D. Tex. Bar No. 16942
Of Counsel:
David J. Lumber
State Bar No. 24002504
S.D. Tex. Bar No. 22085
**ATTORNEYS   FOR   PLAINTIF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of August, 2002, a true and correct copy of the above and foregoing instrument was forwarded via certified mail return receipt requested to the following:

Zurich American Insurance Co.
c/o Gary Sudol
12222 Merit Dr., Suite 700
Dallas, Texas 78504

Of Counsel David J. Lumber