UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RIO FRESH, INC., <br> Plaintiff, | § <br> § <br> § | |
| vs. | § | Civil Action No. B-02-155 |
| ZURICH AMERICAN INSURANCE COMPANY, <br> Defendant. | § <br> § <br> § <br> § <br> § | |

**ZURICH AMERICAN INSURANCE COMPANY'S MOTION TO TRANSFER VENUE AND ORIGINAL ANSWER SUBJECT THERETO**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES Zurich American Insurance Company, Defendant, and files this its Motion to Transfer Venue and Original Answer Subject Thereto. In support thereof, the Defendant would respectfully show the Court the following:

**MOTION TO TRANSFER VENUE**

The Plaintiff has alleged jurisdiction founded on diversity of citizenship pursuant to 28 U.S.C. §1332(a). As such, venue is proper in the Southern District of Texas. However, in its Original Complaint, the Plaintiff avers that its principal place of business is located in Hidalgo County, Texas. Also, it is undisputed that the subject property is located in Hidalgo County, Texas. Accordingly, venue is proper in the McAllen Division of the Southern District, and the lawsuit should have been filed there. The Defendant requests that the venue of this action be changed to the McAllen Division for all purposes pursuant to 28 U.S.C. §1404(b).

**ORIGINAL ANSWER SUBJECT TO MOTION TO TRANSFER VENUE**

1. Defendant admits the allegations contained in paragraph 1 of the Complaint.

2. Defendant admits the allegations contained in paragraph 2 of the Complaint.

3. Defendant admits the allegations contained in paragraph 3 of the Complaint.

4. Defendant admits that venue is proper in the Southern District of Texas, but denies that venue is proper in the Brownsville Division of the Southern District.

5. Defendant denies the allegations contained in paragraph 5 of the Complaint.

6. Defendant denies the allegations contained in paragraph 6 of the Complaint.

7. Defendant denies the allegations contained in paragraph 7 of the Complaint.

8. Defendant denies the allegations contained in paragraph 8 of the Complaint.

9. Defendant denies the allegations contained in paragraph 9 of the Complaint.

10. Defendant denies the allegations contained in paragraph 10 of the Complaint.

11. Defendant denies the allegations contained in paragraph 11 of the Complaint.

12. Defendant denies the allegations contained in paragraph 12 of the Complaint.

13. Defendant denies the allegations contained in paragraph 13 of the Complaint.

14. Defendant denies the allegations contained in paragraph 14 of the Complaint.

15. Defendant denies the allegations contained in paragraph 15 of the Complaint.

16. Defendant denies the allegations contained in paragraph 16 of the Complaint.

17. Defendant denies the allegations contained in paragraph 17 of the Complaint.

18. Defendant denies the allegations contained in paragraph 18 of the Complaint.

Respectfully submitted,

_____
BRIAN L. BLAKELEY
State Bar No. 02428900
Federal Bar No. 13352
CARRIE E. DAVIS
State Bar No. 24028270
Federal Bar No. 27951

BLAKELEY & REYNOLDS, P.C.
1250 N.E. Loop 410, Suite 420
San Antonio, Texas 78209
210/805-9799
210/805-9654 (Telecopier)
ATTORNEYS FOR ZURICH AMERICAN INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing pleading has been forwarded by regular, U.S. postal service, on this 9th day of September, 2002, to:

J. Michael Moore
Guerra & Moore, Ltd., LLP
4201 North McColl Rd.
McAllen, TX 78504

_____
BRIAN L. BLAKELEY