# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 11 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| RIO FRESH, INC. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-155 |
| | § | |
| ZURICH AMERICAN INSURANCE | § | |
| COMPANY | § | |

TYPE OF CASE:    __X__ CIVIL          ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

HEARING ON ZURICH AMERICAN INSURANCE COMPANY'S MOTION TO TRANSFER VENUE AND ORIGINAL ANSWER SUBJECT THERETO

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

OCTOBER 1, 2002 AT 1:30 P.M.

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 10, 2002

TO:     MR. JAMES MICHAEL MOORE
        MR. BRIAN L. BLAKELEY