United States District Court
Southern District of Texas
FILED

SEP 25 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RIO FRESH, INC., <br> Plaintiff, | § § § | |
| vs. | § § | Civil Action No. B-02-155 |
| ZURICH AMERICAN INSURANCE COMPANY, <br> Defendant. | § § § § | |

**ZURICH AMERICAN INSURANCE COMPANY'S UNOPPOSED AMENDED MOTION TO TRANSFER VENUE**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES Zurich American Insurance Company ("Zurich"), Defendant, and files this its Unopposed Amended Motion to Transfer Venue. In support thereof, the Defendant would respectfully show the Court the following:

1. The Plaintiff has alleged jurisdiction founded on diversity of citizenship pursuant to 28 U.S.C. §1332(a). As such, venue is proper in the Southern District of Texas. However, in its Original Complaint, the Plaintiff avers that its principal place of business is located in Hidalgo County, Texas. Also, it is undisputed that the subject property is located in Hidalgo County, Texas. Accordingly, venue is proper in the McAllen Division of the Southern District, and the lawsuit should have been filed there. The Defendant requests that the venue of this action be changed to the McAllen Division for all purposes pursuant to 28 U.S.C. §1404(b).

2. Zurich has conferred with Plaintiff's counsel who is unopposed to this Motion, and to the relief requested by Zurich.

WHEREFORE PREMISES CONSIDERED, Zurich American Insurance Company respectfully requests that its Unopposed Amended Motion to Transfer Venue be, in all things, granted, and that this Cause be transferred to the McAllen Division of the Southern District of Texas for all purposes.

Respectfully submitted,

_____
BRIAN L. BLAKELEY
State Bar No. 02428900
Federal Bar No. 13352
CARRIE E. DAVIS
State Bar No. 24028270
Federal Bar No. 27951

BLAKELEY & REYNOLDS, P.C.
1250 N.E. Loop 410, Suite 420
San Antonio, Texas 78209
210/805-9799
210/805-9654 (Telecopier)
ATTORNEYS FOR ZURICH AMERICAN INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing motion has been forwarded by regular, U.S. postal service, and facsimile, on this 24th day of September, 2002, to:

J. Michael Moore
Guerra & Moore, Ltd., LLP
4201 North McColl Rd.
McAllen, TX 78504

_____
BRIAN L. BLAKELEY