United States District Court
Southern District of Texas
ENTERED

SEP 27 2002

Michael N. Milby
Clerk of Court

By: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RIO FRESH, INC., | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. B-02-155 |
| | § | |
| ZURICH AMERICAN INSURANCE | § | |
| COMPANY, | § | |
| Defendant. | § | |

### ORDER ON ZURICH AMERICAN INSURANCE COMPANY'S UNOPPOSED AMENDED MOTION TO TRANSFER VENUE

On the 27th day of September, 2002, came on to be heard Zurich American Insurance Company's Unopposed Amended Motion to Transfer Venue, and the Court, having read and considered such Motion, is of the opinion that such Motion should be, in all things, GRANTED.

It is, therefore, ORDERED that Zurich American Insurance Company's Unopposed Amended Motion to Transfer Venue, be in all things GRANTED, and that this case be transferred to the United States District Court, Southern District of Texas, McAllen Division.

SIGNED this 27th day of September, 2002.

_____
THE HONORABLE ANDREW F. HANEN